FILED by CF D.C.

ELECTRONIC

**Dec 7, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 12-20911-CR-WILLIAMS/TURNOFF
### CASE NO. _____

18 U.S.C. § 1951(a)
18 U.S.C. § 2119
18 U.S.C. § 924(d)(1)

**UNITED STATES OF AMERICA**

**v.**

**LARRY WILLIAMS,**

                    **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 2, 2012, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**LARRY WILLIAMS,**

did knowingly attempt to obstruct, delay, and affect commerce and the movement of articles and

commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined

in Title 18, United States Code, Sections 1951(b)(1) and 1951(b)(3), in that the defendant did

endeavor to take narcotics from A.S.L., whom he believed was engaged in narcotics trafficking, by

means of actual or threatened force, violence, and fear of injury to said person, whether immediately

or in the future; in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 2

On or about May 2, 2012, in Miami-Dade County, in the Southern District of Florida, the

defendant,

### LARRY WILLIAMS,

with the intent to cause death and serious bodily injury, did take a motor vehicle that had been

transported, shipped, and received in interstate and foreign commerce, that is, a 2007 Chevrolet

Impala, from the person and presence of another, that is, "A.S.L.", by force, violence, and

intimidation, in violation of Title 18, United States Code, Sections 2119(1) and 2.

Pursuant to Title 18, United States Code, Section 2119(2), it is further alleged that serious

bodily injury resulted, as defined by Title 18, United States Code, Section 1365.

## FORFEITURE ALLEGATIONS

a.      The allegations of Counts 1 and 2 of this Indictment are re-alleged and by this

reference fully incorporated herein for the purpose of alleging forfeiture to the United States of

America of certain property in which the defendant has an interest.

b.      Upon conviction of violations of Title 18, United States Code, Sections 1951(a), as

alleged in this Indictment, **LARRY WILLIAMS**, shall forfeit all of his respective right, title and

interest to the United States in any property, real or personal, which constitutes or is derived from

proceeds traceable to such violation.

2

c.      Upon conviction of a violation of Title 18, United States Code, Sections 2119, as alleged in this Indictment, **LARRY WILLIAMS**, shall forfeit all of his respective right, title and interest to the United States in any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation.

All pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(c), 982(a)(5) and Title 28, United States Code, Section 2461(c), as well as the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
IGNACIO J. VÁZQUEZ, JR.
SPECIAL ASSISTANT UNITED STATES ATTORNEY

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

**LARRY WILLIAMS,**

                    **Defendant.**

**CASE NO.** _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)          Yes _____   No _____
Number of New Defendants  _____
Total number of counts    _____

**Court Division:** (Select One)

_X_  Miami      ___ Key West
     FTL        ___ WPB        ___ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:    (Yes or No)      _NO_____
     List language and/or dialect

4.   This case will take    _2-3_   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                              (Check only one)

     I    0 to 5 days          _X_              Petty    _____
     II   6 to 10 days         _____          Minor    _____
     III  11 to 20 days        _____          Misdem.  _____
     IV   21 to 60 days        _____          Felony   _X_
     V    61 days and over     _____

6.   Has this case been previously filed in this District Court?   (Yes or No)   _NO_____
     If yes:
     Judge: _____   Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?          (Yes or No)   _NO_____
     If yes:
     Magistrate Case No.                _____
     Related Miscellaneous numbers:     _____
     Defendant(s) in federal custody as of _____
     Defendant(s) in state custody as of  _____
     Rule 20 from the _____   District of _____

     Is this a potential death penalty case? (Yes or No)   _NO_____

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes   _X_ No

_____
IGNACIO J. VAZQUEZ JR.
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 16275

REV 4/8/08

*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **LARRY WILLIAMS**

**Case No:** _____

Count: 1

Attempted Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\* Max. Penalty:** 20 Years' Imprisonment

Count: 2

CarJacking resulting in Serious Bodily Injury

Title 18, United States Code, Section 2119(2)

**\* Max. Penalty:** 25 Years' Imprisonment